UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MALINDA MALLEY										CIVIL ACTION

VERSUS											NO. 11-614

MICHAEL J. ASTRUE, COMMISSIONER						SECTION "N" (2)
OF SOCIAL SECURITY ADMINISTRATION

## ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation filed on February 13, 2012 (Rec. Doc. No. 27), hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 15th day of February, 2012.

UNITED STATES DISTRICT JUDGE